UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:10-CR-01554(1)-AM |
| | § | |
| (1) SANDRA LETICIA HERNANDEZ | § | |

### ORDER REVOKING SUPERVISED RELEASE
### AND RE-SENTENCING DEFENDANT

On **April 06, 2015**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **December 2, 2014**.  The defendant, **(1) SANDRA LETICIA HERNANDEZ**, appeared with his attorney **Jeffrey Edward King**, and the government appeared by Assistant United States Attorney, **Goran Krnaich**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on April 06, 2015, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **July 21, 2011**,  as set out in the judgment entered on **August 31, 2011**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) SANDRA LETICIA HERNANDEZ** be

committed to the custody of the U.S. Bureau of Prisons for a term of **Ten (10) months**, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from December 9, 2014, forward. No further term of supervised release is imposed.

SIGNED on this **10th day of April, 2015**.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

### RETURN

I have executed this Revocation Order as follows:

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal